**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ALFONSO SANABRIA,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:26-CV-00199-DC** |
| | § | |
| **DISCOVER BANK, NOW PART OF CAPITAL ONE, N.A.,** *Defendant.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] ("R&R") concerning Plaintiff Alfonso Sanabria's Complaint.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a Magistrate Judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court reviews the Magistrate Judge's report and recommendation for clear error.[2] No objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the R&R[3] *in toto* and **ORDERS** that Plaintiff's Complaint[4] be **DISMISSED WITHOUT PREJUDICE**. Defendant Discover Bank's

---

[1] Doc. 15.
[2] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[3] Doc. 15.
[4] Doc. 1.

Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law[5] is hereby **DENIED as moot**.

A separate Final Judgment will follow.

It is so **ORDERED**.

SIGNED this 23rd day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[5] Doc. 8.